**FILED**
**FEB 15 2006**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**United States Bankruptcy Court**
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date: February 15, 2005

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number: 02 B 48191

Case Name: United Air Lines, Inc

Notice of Appeal Filed: 1/26/2006

Appellant: The United Retired Pilots Benefit Protection Assoc

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| | | ☐ | Supplemental to the Record |
| ✔ | Transmittal Letter and Civil Cover Sheet | ✔ | Notice of Appeal |
| ✔ | Designation | ☐ | Copy of Documents Designated |
| ✔ | Statement of Issues | ✔ | Exhibits |
| ☐ | Transcript of Proceeding | ☐ | Expedited Notice of Appeal |
| | | ☐ | Certified Copy of Docket Sheet |

Additional Items Included

✔ copy of docket via e-mail

**06CV844**
**JUDGE DARRAH**
**MAGISTRATE JUDGE LEVIN**

☐ Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☐ _____

Previous D C Judge: darrah/levin    Case Number: 03 C 2232

By Deputy Clerk: _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        ) Chapter 11
                                              )
UNITED AIR LINES, INC, et al.,                ) Case No. 02-B 48191
                                              ) (Jointly Administered)
           Debtors.                           )
                                              ) Honorable Judge Eugene R. Wedoff
**06CV844**                                   )
**JUDGE DARRAH**                              )
**MAGISTRATE JUDGE LEVIN**                    )

## NOTICE OF APPEAL

The United Retired Pilots Benefit Protection Association ("URPBPA"), by and through its undersigned counsel and pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, hereby appeals to the United States District Court for the Northern District of Illinois from the January 20, 2006 Order Confirming Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code [Docket No. 14829]. The names of the parties to the appeal and the names and addresses of their respective counsel are as follows:

**Appellant: United Retired Pilots Benefit Protection Association**

Jack J. Carriglio
Eric E. Newman
James G. Argionis
Meckler Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
jack.carriglio@mbtlaw.com
eric.newman@mbtlaw.com
james.argionis@mbtlaw.com

Frank Cummings
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
1875 Connecticut Avenue, NW
Washington, DC 20009-5728
fcumming@LLGM.COM

**FILED**

FEB 15 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT